# FIELDS L A W   F I R M

BLAKE BAUER
ATTORNEY
DIRECT 612-206-3489
1-888-847-8517 EXT. 489
BLAKE@FIELDSLAW.COM

ANGELA STURM
PARALEGAL
DIRECT 612-206-3471
1-888-847-8517 EXT. 471
ANGELA@FIELDSLAW.COM

March 22, 2021

The Honorable Judge Jane Boyle
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1516
Dallas, TX 75242-1003

*VIA ECF*

RE:       Daniel Omole v. Equifax Information Services LLC, et al.
          Court File No. 3:21-cv-00133-B

Dear Judge Boyle:

Please be advised that Plaintiff Daniel Omole and Defendant Equifax Information Services LLC
have settled the claims between these two parties. Defendants Experian Information Solutions, Inc.,
Trans Union LLC and Nationstar Mortgage LLC still remains, and Plaintiff has not settled the
claims with these Defendants. Plaintiff Daniel Omole anticipates filing a dismissal within the next
30 to 45 days.

Respectfully Submitted,

*/s/ Blake R. Bauer*

Blake Bauer
BB/as
Attorney

cc: All Counsel (via ECF)