# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Daniel Omole,<br><br>             Plaintiff,<br>v.<br><br>Equifax Information Services, LLC, et al.,<br><br>             Defendants. | Case No.  3:21-cv-133<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Daniel Omole, by and through his undersigned counsel hereby dismisses its Complaint against Defendant Equifax Information Services LLC ONLY with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: 05/06/2021                                    RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
TX Bar No. 24082581
**BLAKE R. BAUER**
Reg. No. 0390262
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
Tel: (612) 383-1868
Fax: (612) 370-4256
matt@fieldslaw.com

**LAW OFFICE OF JONATHAN A. HEEPS**

*/s/ Jonathan A. Heeps*
Jonathan A. Heeps
TX Bar No.: 24074387
PO Box 174372
Arlington, Texas 76003
T: (682) 738-5415
F: (844) 738-6416

*Counsel for Plaintiff*