UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Daniel Omole,<br><br>      Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>      Defendants. | Case No. 3:21-cv-133<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Nationstar Mortgage LLC by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Nationstar Mortgage LLC shall be dismissed with prejudice, on its merits and in their entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 07/23/2021

Fields Law Firm

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 0400067
**BLAKE R. BAUER**
Reg. No. 0390262
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
Tel: (612) 383-1868
Fax: (612) 370-4256
matt@fieldslaw.com

1

By: */s/ Jonathan A. Heeps*
Jonathan A. Heeps
State Bar No. 24074387
LAW OFFICE OF JONATHAN A. HEEPS
Post Office Box 174372
Arlington, Texas 76003
Telephone (682) 738-6415
Fax (844) 738-6416
jaheeps@heepslaw.com

*Counsel for Plaintiff*

Dated: 07/23/2021                **McGuireWoods LLP**

/*s/ Charles Hampton*
**CHARLES B. HAMPTON**
TX Bar No. 00793890
champton@mcguirewoods.com
600 Travis St., Suite 7500
Houston, Texas 77002
(713) 353-6683
(832) 214-9936 (Fax)

*Attorney for Defendant*

2