# FIELDS LAW FIRM

MATTHEW FORSBERG
ATTORNEY
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM

ANGELA STURM
PARALEGAL
DIRECT 612-206-3471
1-888-847-8517 EXT. 471
ANGELA@FIELDSLAW.COM

October 20, 2021

The Honorable Judge A. Joe Fish
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1404
Dallas, TX 75242-1003

*VIA ECF*

RE:     Daniel Omole v. Equifax Information Services LLC, et al.
        Court File No. 3:21-cv-133

Dear Judge Fish:

Please be advised that Plaintiff Daniel Omole and Defendant Experian Information Solutions, Inc., have settled the claims between these two parties. Defendants Trans Union LLC and Nationstar Mortgage LLC still remains, and Plaintiff has not settled the claims with these Defendants. The Parties anticipate filing a Stipulation for Dismissal within the next 45 to 60 days.

Respectfully Submitted,

*/s/ Matthew P. Forsberg*

Matthew P. Forsberg
MPF/as
Attorney

cc: All Counsel (via ECF)